# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

142659

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HABTAMU NEGASH BEKELE,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142659
COA: 294592
Ingham CC: 08-001319-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

Clerk

y0615